IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MOLLY BELL MCCRAY                                        PLAINTIFF

VERSUS                              CIVIL ACTION NO.: 3:05CV50TSL-AGN

KANSAS CITY SOUTHERN
RAILWAY COMPANY                                        DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before this Court on this day and all parties appearing by their respective counsel of record and making known unto the Court that the above styled and numbered civil action has been compromised and settled, and that Plaintiff has received full accord and satisfaction of the cause of action set forth in her Complaint, and all parties expressly consenting to the entry of this judgment;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED on this the _18_ day of January, 2006.

_____
DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

_____
SANFORD KNOTT, ESQ.
ATTORNEY FOR PLAINTIFFS

_____
CHARLES H. RUSSELL, III, ESQ.
ATTORNEY FOR DEFENDANTS